FILED

January 08, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____ DT _____
Deputy

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | **Case No: EP:25-CR-00063-KC** |
| | § | |
| **Plaintiff,** | § | |
| | § | **I N D I C T M E N T** |
| **v.** | § | |
| | § | **CT 1:** 8 U.S.C. § 1326(a) – |
| **FRANCISCO BERNAL-RIVERA,** | § | Illegal Re-Entry |
| | § | |
| **Defendant.** | § | |

THE GRAND JURY CHARGES:

<u>**COUNT ONE**</u>

On or about December 13, 2024, in the Western District of Texas, Defendant,

**FRANCISCO BERNAL-RIVERA,**

an alien, who had previously been excluded, deported, and removed from the United States, attempted to enter, entered, and was found in the United States, without having previously received express consent to reapply for admission from the United States Attorney General and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

█████████████████████████

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney